IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 14 AM 6:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

HUNTER STEPHENS, a Minor,
by his Parents and Next Friends,
CHAD STEPHENS and STACY STEPHENS,
and CHAD STEPHENS AND STACY
STEPHENS, Individually,

    Plaintiffs,

v.

MICHAEL RAY and TAMMY RAY,

    Defendants.

Case No.: 02-2989 D V

## ORDER

Before the court is the joint motion of the parties to reopen the above case. For good cause shown, the matter is reopened. The Clerk is directed to reopen and restore the matter to the docket for appropriate case administration.

**IT IS SO ORDERED** this __13__ day of __December__, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __12/19/05__

Dockets.Justia.com

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:02-CV-02989 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Irma Merrill Stratton
IRMA MERRILL STRATTON
One Commerce Square
Ste. 2121
Memphis, TN 38103

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Bradford D. Box
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Honorable Bernice Donald
US DISTRICT COURT